ORIGINAL

FILED
OCT - 7 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>SANDY RAMIREZ<br><br><br>Debtor | Chapter 13<br><br>Case No. 10-55521 CN<br><br>**NOTICE OF UNCLAIMED DIVIDEND** |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2499174 for an unclaimed dividend in the amount of $9.62. The name and address of the claimant entitled to the unclaimed dividend is as follows;

SANDY RAMIREZ
1711 GRANADA ST
SEASIDE, CA 93955

Dated: October 04, 2011

_/s/ Devin Derham-Burk_
DEVIN DERHAM-BURK, TRUSTEE